# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: 7/15/11

Case No.    CR-09-0110 SI          Judge:  SUSAN ILLSTON

Title:   UNITED STATES -v- AU OPTRONICS CORP & AU OPTRONICS AMERICA - Chris Nedeau &
Dennis Riodan, Kirk Jenkins
                    Lai-Juh Chen (nc)(np) (Mand. Int.   )Brian Getz
                    H. Bin Chen (nc)(np)(Mand. Int.  )- Michael Attanasio
                    Shiu Lung Leung(nc)(np)  (mand.int: ) - Dennis Cashman & Dara Cashman
                    Tsannrong Lee (nc)(np) (Mand. Int.  ) -Brendan  Conroy
                    HUI HSIUNG (NC)(P) (no int)- Brian Berson & Wm. Osterhoudt


Attorneys for USA: Peter  Houston


Deputy Clerk:  Tracy Forakis  Court Reporter: Lydia Zinn

## PROCEEDINGS

1) Motion to Bifurcate - HELD

Order to be prepared by:  (  )Pltf   (  )Deft   ( X )Court

Disposition :  (  ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN        ( x ) SUBMITTED
                                                        PART



Category of Excludable Delay: ___
**Delay begins:**            **Delay ends:**(    AUSA to draft order              )

ORDERED AFTER HEARING:

The Court will discuss the jury questionnaire at the 8/26/11 status conference (all parties to attend).