IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0110 SI |
| Plaintiff, | **ORDER RE: VARIOUS MOTIONS** |
| v. | |
| AU OPTRONICS CORPORATION, *et al.*, | |
| Defendants. | |

The civil indirect-purchaser plaintiffs' motion to file amicus brief is DENIED. The government's renewed motion in limine to exclude testimony of Ross Young is DENIED as moot. Docket Nos. 700, 787.

**IT IS SO ORDERED.**

Dated: February 27, 2012

SUSAN ILLSTON
United States District Judge