IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>Defendants. | No. CR 09-0110 SI<br><br>**ORDER DENYING HUI HSIUNG'S MOTION FOR JURY INSTRUCTION ON AVAILABILITY OF WITNESSES** |

Defendant Hui Hsiung's motion for jury instruction on availability of witnesses is DENIED. Docket No. 835.

**IT IS SO ORDERED.**

Dated: March 5, 2012

SUSAN ILLSTON
United States District Judge