# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

LAI-JUH CHEN, aka L.J. CHEN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR-09-0110 (07) SI

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Susan Illston_
Signature of Judge

Susan Illston, U.S. District Judge
Name of Judge     Title of Judge

3/13/2012
Date