# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

V.

TSANNRONG LEE

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR-09-0110 (04) SI

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

*Susan Illston* (signature)

Signature of Judge

Susan Illston, U.S. District Judge

Name of Judge        Title of Judge

3/13/2012

Date