IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

    Plaintiff,

v.

TSANNRONG LEE and LAI-JUH CHEN,

    Defendant.

No. C 09-00110-4 SI

**ORDER**

On March 13, 2012, a Judgment of Acquittal was filed as to defendants Tsannrong Lee and Lai-Juh Chen. The bonds posted for these defendants shall be exonerated.

**IT IS SO ORDERED.**

Dated: March 16, 2012

SUSAN ILLSTON
United States District Judge