IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. CR 09-00110 SI |
| Plaintiff, | **ORDER** (amended) |
| v. | |
| Tsannrong Lee & Lai-Juh Chen, | |
| Defendant. | |

On March 13, 2012, at Judgment of Acquittal was filed as to defendant's Tsannrong Lee and Lai-Juh Chen. The bonds posed for these defendants shall be exonerated.

**IT IS SO ORDERED.**

Dated: March 20, 2012

SUSAN ILLSTON
United States District Judge