IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0110 SI |
| Plaintiff, | **ORDER RE: BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS** |
| v. | |
| AU OPTRONICS CORPORATION, *et al.*, | |
| Defendants. | |

Defendants AU Optronics Corporation and AU Optronics Corporation America have requested that the Court establish a briefing schedule for post-trial motions in this matter. Having reviewed defendants' request, the Court sets the following schedule. Docket No. 861.

- Post-trial motions must be filed by **April 20, 2012**.
- The government's responses are due **May 4, 2012**.
- Defendants' replies are due **May 11, 2012**.
- The hearing on defendants' post-trial motions shall be held on **May 25, 2012**.

**IT IS SO ORDERED.**

Dated: March 23, 2012

SUSAN ILLSTON
United States District Judge