1  Brian H. Getz (SBN 85593)
   LAW OFFICES OF BRIAN GETZ
2  44 Montgomery Street, Suite 3850
   San Francisco, CA  94104
3  Telephone:  (415) 912-5886
   Email:    bhgetz@pacbell.net
4
   Patrick D. Robbins (SBN 152288)
5  Mikael A. Abye (SBN 233458)
   SHEARMAN & STERLING LLP
6  Four Embarcadero Center, Suite 3800
   San Francisco, CA  94111-5994
7  Telephone:  (415) 616-1100
   Facsimile:   (415) 616-1199
8  Email:    probbins@shearman.com
              mabye@shearman.com
9
   Attorneys for Defendant Borlong "Richard" Bai

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BORLONG BAI, a.k.a. RICHARD BAI,<br><br>Defendant. | Case No.:  CR 09-0110-5 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE OPPOSITION TO MOTION REGARDING CO-CONSPIRATOR STATEMENTS AND ADMISSIONS OF A PARTY-OPPONENT**<br><br>Hearing Date:   September 10, 2013<br>Judge:          Hon. Susan Illston<br>Courtroom:      10<br><br>Pretrial Conference: September 10, 2013<br>Trial Date:          September 23, 2013 |

**WHEREAS,** on August 8, 2013, the United States filed a motion regarding co-conspirator statements under Fed. R. Evid. 801(d)(2)(E) and admissions of a party-opponent under Fed. R. Evid. 801(d)(2)(A) ("the Motion");

**WHEREAS,** Defendant Richard Bai's opposition to the Motion is due on August 15, 2013;

**WHEREAS,** Defendant Richard Bai requires an extension of two court days to adequately review the materials underlying the Motion and to respond to it;

**WHEREAS,** the United States does not object to the requested extension of time for Mr. Bai to file a response to the Motion;

**IT IS HEREBY STIPULATION AND AGREED** by and between the United States and Mr. Bai, and their respective counsel, that:

1. Mr. Bai shall file his opposition to the Motion on Monday, August 19, 2013;
2. The United States shall file its reply in further support of the Motion, if any, on Monday, August 26, 2013; and
3. The hearing on the Motion shall remain September 10, 2013 at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated: August 14, 2013          SHEARMAN & STERLING LLP

                                By:   /s/*Patrick D. Robbins*
                                      PATRICK D. ROBBINS

                                *Attorney for Defendant Richard Bai*

Dated: August 14, 2013          U.S. DEPARTMENT OF JUSTICE, ANTITRUST DIVISION

                                By:   /s/*Heather S. Tewksbury*
                                      HEATHER S. TEWKSBURY

                                *Attorney for the United States*

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: August 15 2013

_____
HONORABLE SUSAN ILLSTON
United States District Judge

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)** |
| 2 | |
| 3 | I, Patrick D. Robbins, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Heather S. Tewksbury, attorney for the United States has concurred in this filing. |

DATED: August 14, 2013

By:  /s/*Patrick D. Robbins*
PATRICK D. ROBBINS