United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-110 SI |
| Plaintiff, | **ORDER DISMISSING CERTAIN INDIVIDUALS FROM JURY SERVICE** |
| v. | |
| RICHARD BAI, *et al.*, | |
| Defendants. | |

The following individuals are excused from jury service in this case: Mark Lewis, Jason Brackett, Carmen Castro Rojas, Caren Wu, and Johnny Gu.

**IT IS SO ORDERED.**

Dated: September 20, 2013

SUSAN ILLSTON
United States District Judge