AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA

V.

RICHARD BAI

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR-09-0110-05 SI

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[Signature]_
Signature of Judge

Susan Illston — U.S. District Judge
Name of Judge — Title of Judge

10/10/13
Date