FILED

JUL 22 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> HUI HSIUNG, AKA Kuma, <br><br> Defendant - Appellant. | No. 12-10492 <br><br> D.C. No. 3:09-cr-00110-SI-8 <br> Northern District of California, <br> San Francisco <br><br> ORDER |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> HSUAN BIN CHEN, AKA H.B. Chen, <br><br> Defendant - Appellant. | No. 12-10493 <br><br> D.C. No. 3:09-cr-00110-SI-9 <br> Northern District of California, <br> San Francisco |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> AU OPTRONICS CORPORATION, <br><br> Defendant - Appellant. | No. 12-10500 <br><br> D.C. No. 3:09-cr-00110-SI-10 <br> Northern District of California, <br> San Francisco |

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> AU OPTRONICS CORPORATION AMERICA, INC., <br><br> Defendant - Appellant. | No. 12-10514 <br><br> D.C. No. 3:09-cr-00110-SI-11 <br> Northern District of California, <br> San Francisco |

Before: THOMAS and McKEOWN, Circuit Judges, and KENDALL, District Judge.[*]

The motion for an extension of time to file a petition for rehearing or petition for rehearing en banc is granted. Any petition for rehearing or petition for rehearing en banc is due on August 25, 2014.

---

[*] The Honorable Virginia M. Kendall, District Judge for the U.S. District Court for the Northern District of Illinois, sitting by designation.